UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDALL GEORGE ANGEL, | ) | |
| | ) | |
| Petitioner, | ) | 3:11-cv-00350-RCJ-VPC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GRAYS HARBOR COUNTY, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, a Nevada prisoner, has initiated this action (docket #1-1). He has not filed an application to proceed *in forma pauperis* or paid the filing fee. Moreover, he has not filed a petition for writ of habeas corpus, but has filed a document entitled waiver of venue (docket #1-1). While unclear, it appears that petitioner wants this court to rule on motions he filed in state court proceedings in the State of Washington regarding a citation for driving on a suspended license and driving under the influence in May 1998. It appears that this court lacks jurisdiction, and in any event, the "waiver of venue" (docket #1-1) is insufficient to initiate an action before this court.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL FILE** petitioner's waiver of venue (docket #1-1).

**IT IS FURTHER ORDERED** that this action is dismissed for failure to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: This 21st day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE