AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

RANDALL GEORGE ANGEL,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER:  3:11-cv-00350-RCJ-VPC

GRAYS HARBOR COUNTY,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to state a claim for which relief may be granted.

July 22, 2011                                       **LANCE S. WILSON**
                                                                                      Clerk

                                                                                      /s/  M. Campbell
                                                                                       Deputy Clerk