~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~ ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

RANDALL GEORGE ANGEL,

      Petitioner,

  V.

GRAYS HARBOR COUNTY,

      Respondents.

A M E N D E D
JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:11-cv-00350-RCJ-VPC

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

XX **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to state a claim for which relief may be granted.

July 25, 2011

                **LANCE S. WILSON**
                      Clerk

                /s/  M. Campbell
                Deputy Clerk